ACCEPTED
01-15-00759-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 4:41:57 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00759-CV

IN THE COURT OF APPEALS
FIRST DISTRICT
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 4:41:57 PM
CHRISTOPHER A. PRINE
Clerk

Ada Ukah Brown,
Appellant,
v.
Bright O. Wokocha,
Appellee

---

DESIGNATION OF LEAD COUNSEL

---

Notice is hereby given of the designation of Attorney, Ijeoma Opara as lead counsel for Apellee, Bright O. Wokocha. Pursuant to Tex. R. Appellate P. 6, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon: Ijeoma Opara, The Opara Law Firm, PLLC, 4420 Cypress Creek Parkway, Suite 103 Houston, Texas 77068.

Respectfully Submitted:

By: */s/Ijeoma Opara*
Ijeoma Opara
Email:Ijeoma@cheerful.com
TBN: 24029189
The Opara Law Firm, PLLC
4420 Cypress Creek Parkway, Suite 103
Houston, Texas 77068
Tel: 281-895-8003
Fax: 281-895-8079

Attorney for Appellee,
Bright Wokocha

1